IN THE COUNTY COURT OF THE TWELFTH JUDICIAL CIRCUIT
IN AND FOR MANATEE COUNTY, FLORIDA
SMALL CLAIMS DIVISION

HARRY BEHR,
    Plaintiff,

v.                                                      Case No.:

QUEST DIAGNOSTICS INCORPORATED
CREDIT CONTROL SERVICES, INC.,
D/B/A CREDIT COLLECTION SERVICES
    Defendants.
_____/

## COMPLAINT

### INTRODUCTION

1. This is an action for damages brought by Plaintiff, HARRY BEHR, ("Plaintiff" hereinafter) an individual consumer against the Defendants, QUEST DIAGNOSTICS INCORPORATED ("QUEST" hereinafter) and CREDIT CONTROL SERVICES, INC., ("DEBT COLLECTOR" hereinafter), for violation of the Florida Consumer Collection Practices Act, §559.72, et seq., Fla. St. (hereinafter referred to as "FCCPA") and the Fair Debt Collection Practices Act, 15 U.S.C. §1692, et seq., (hereinafter referred to as "FDCPA") which both prohibit collectors of consumer debt from engaging in abusive, deceptive, and unfair debt collection practices.

2. This is a complaint for damages, which are more than $5,000.00, but which do not exceed $15,000.00 exclusive of costs, interest, and attorney's fees.

3. Venue in this county is proper as the conduct complained of occurred in Manatee County, Florida and is in compliance with §559.77(1), Fla. St.

4. This Court has subject matter jurisdiction over the allegations herein pursuant to §34.01(1)(c), Fla. St. and 15 U.S.C. §1692k(d).

5. This Court has personal jurisdiction over QUEST as they are a Florida Limited Liability Company doing business in the State of Florida as a medical provider and the transaction which led to the alleged debt as described herein occurred in the State of Florida.

6. This Court has personal jurisdiction over DEBT COLLECTOR as they are a foreign profit corporation doing business as a debt collector in the State of Florida.

7. Plaintiff is a natural person residing in Manatee County, Florida who has been allegedly obligated by Defendants to pay a debt which arose from medical treatment or services provided to Plaintiff by QUEST.

## FACTUAL ALLEGATIONS

8. Plaintiff suffered a compensable industrial accident arising out of and in the course and scope of Plaintiff's employment with Jones Potato Farm in the State of Florida.

9. Plaintiff is entitled to receive workers' compensation benefits pursuant to Chapter 440, Fla. St., including but not limited to medical care and treatment for his work-related injuries. See §440.13, Fla. St.

10. The identified workers' compensation insurance carrier is FCCI (hereinafter referred to as "Carrier").

11. The Carrier pre-authorized multiple providers, including but not limited to QUEST to render medical treatment to Plaintiff for his work-related injuries.

12. After the Carrier authorized QUEST to treat Plaintiff, Quest treated plaintiff on March 1, 2021, March 4, 2021, March 11, 2021, March 15, 2021, and March 22, 2021 while having actual knowledge that Plaintiff was financially insulated from payment under workers comp law because they were authorized by the comp carrier themselves.

13. On or around June 24, 2021 Plaintiff received a bill from QUEST, demanding that he pay $250.99 for services rendered on March 1, 2021. A copy of the bill Plaintiff received is attached as Exhibit "A."

14. On or around April 29, 2021 Plaintiff received a bill from QUEST, demanding that he pay $51.38 for services rendered on March 4, 2021. A copy of the bill Plaintiff received is attached as Exhibit "B."

15. On or around March 23, 2021 Plaintiff received a bill from QUEST, demanding that he pay $51.38 for services rendered on March 11, 2021. A copy of the bill Plaintiff received is attached as Exhibit "C."

16. On or around March 24, 2021 Plaintiff received a bill from QUEST, demanding that he pay $199.61 for services rendered on March 15, 2021. A copy of the bill Plaintiff received is attached as Exhibit "D."

17. On or around April 1, 2021 Plaintiff received a bill from QUEST, demanding that he pay $250.99 for services rendered on March 22, 2021. A copy of the bill Plaintiff received is attached as Exhibit "E."

18. Sometime after QUEST billed Plaintiff for each date of service, QUEST transferred each debt to the DEBT COLLECTOR, and the debt collector billed Plaintiff with separate billing statements for each of the prospective amounts for each date of service at QUEST. A copy of each bill Plaintiff received from the DEBT COLLECTOR is attached as Composite Exhibit "F."

19. Plaintiff has reason to believe that the DEBT COLLECTOR has to reasonable policies or procedures in place to prevent billing injured workers who are financially insulated from payment, because a simple investigation would have shown that this treatment was pre-authorized by the Carrier beforehand.

20. Plaintiff is not responsible for payment of any treatment related to her workers compensation case pursuant to workers comp law which states in part, "A health care provider may not collect or receive a fee from an injured employee within this state, except as otherwise provided by this chapter. Such providers have recourse against the employer or carrier for payment for services rendered in accordance with this chapter." See §440.13(13)(a), Fla. Stat.

21. The debts that Defendants tried to collect from Plaintiff are automatically deemed illegitimate debts pursuant to workers comp law. *Davis v. Sheridan Healthcare, Inc.*, 2D17-1790, 2019 WL 5198669 (Fla. 2d Dist. App. Oct. 16, 2019)

## COUNT I
## VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT

22. Plaintiff incorporates the above paragraphs as if fully re-stated herein.

23. The acts and omissions of QUEST and its employees and agents as outlined herein constitute a violation of the FCCPA with respect to Plaintiff. These actions by QUEST's employees and agents were done in service to QUEST and these employees and agents were at all times supervised and under the apparent control of QUEST. As such, QUEST is vicariously liable under the Doctrine of Respondeat Superior for the actions of its employees and agents.

24. The FCCPA has three elements that need to be met in order for there to be a violation; the debt must be illegitimate, there must be a threat or attempt to enforce that debt, and there must be knowledge that the debt is illegitimate. Fla. Ann. Stat. § 559.72(9). Davis v. Sheridan Healthcare, Inc., 2D17-1790, 2019 WL 5198669 (Fla. 2d Dist. App. Oct. 16, 2019).

25. Pursuant to §440.13(13)(a) the debt that Defendant attempted to collect from Plaintiff was illegitimate.

26. Defendant had actual knowledge that the debts they were trying to enforce against Plaintiff were illegitimate pursuant to workers comp law.

27. Given all three elements have been clearly met, Defendant violated Fla. Ann. Stat. §559.72(9).

28. As a result of the above violation of the State of Florida Consumer Collection Practices Act, QUEST is liable to Plaintiff for statutory damages, and attorney's fees and costs.

## COUNT II
## VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT

29. Plaintiff incorporates the above paragraphs as if fully re-stated herein.

30. The acts and omissions of DEBT COLLECTOR and its employees and agents as outlined herein constitute a violation of the FDCPA with respect to Plaintiff. These actions by DEBT COLLECTOR's employees and agents were done in service to DEBT COLLECTOR and these employees and agents were at all times supervised and under the apparent control of DEBT COLLECTOR. As such, DEBT COLLECTOR is vicariously liable under the Doctrine of Respondeat Superior for the actions of its employees and agents.

31. DEBT COLLECTOR and its employees and agents violated the Fair Debt Collection Practices Act, 15 U.S.C. §1692f(1) by attempting to collect a debt from Plaintiff when that debt was not permitted by law, specifically §440.13, Fla. St. and DEBT COLLECTOR knew or alternatively should have known that the debt was not permitted by law.

32. DEBT COLLECTOR and its employees and agents violated the Fair Debt Collection Practices Act, 15 U.S.C. §1692e(2)(A) by falsely representing that Plaintiff owes the alleged debt when in fact Plaintiff does not and DEBT COLLECTOR knew or alternatively should have known that Plaintiff did not owe the alleged debt.

33. As a result of the above violations of Fair Debt Collection Practices Act, DEBT COLLECTOR is liable to Plaintiff for statutory damages, and attorney's fees and costs.

**WHEREFORE**, Plaintiff respectfully prays that judgment be entered against Defendants for the following:

A. Statutory damages of $1,000 from QUEST pursuant to §559.77, Florida Statutes;

B. Statutory damages of $1,000 from DEBT COLLECTOR pursuant to 15 U.S.C §1692k(a)(2)(A);

C. Costs and reasonable attorney's fees from Defendants pursuant to §559.77, Florida Statutes and 15 U.S.C §1692k(a)(3);

D. For such other and further relief as may be just and proper.

Respectfully submitted this 4th day of February, 2022

JASON R. KOBAL, ESQ.
KOBAL LAW, P.A.
12169 W. Linebaugh Ave.
Tampa, FL 33626
813-873-2440
koballaw@yahoo.com
Florida Bar No.: 0542253
Attorney for Plaintiff

**EXHIBIT A**

**Quest Diagnostics**

Do not use address below:
P.O. Box 7308
Hollister, MO 65673-7306

AB 01 026779 53926 B 66 A
TAM 61230967 4472405 3027797765 7
HARRY BEHR
12536 GRASS FARM RD
PALMETTO, FL 34221-9449

**Laboratory Bill**
For services not included in your physician's bill

Page 1 of 1

| Bill Date: | Amount Due: | Due Date: |
|---|---|---|
| June 24, 2021 | $250.99 | NON-PAYMENT |

**Bill Number:** 3027797765
**Lab Code:** TAM

Patient Name: HARRY BEHR
Guarantor Name: HARRY BEHR
Service Date: March 01, 2021
Requested By: DEMAIO, JAMES

**FINAL NOTICE**                                    **NOTICE PRIOR TO SENDING TO COLLECTIONS**

## Amount due immediately: $250.99        Service Date: 03.01.2021

### Notice of Delinquent Account

This is the final notice you will receive from our company regarding your delinquent balance. At this point, your [illegible] actions do not indicate any intention to resolve this account. We are [illegible] to assist you that...

- Your account is seriously past due.
- Lack of response or payment may result in your account being placed with a collection agency.
- Placement with a collection agency may affect your credit score

To avoid communication from a collection agency, please pay today by one of the following methods:

- Automated phone system available 24 hours a day: 1-800-488-8890
- Online at QUESTDIAGNOSTICS.COM/BILL
- Mail check with payment slip below

Questions: 1-800-488-8890 Please have this notice available when you call.
Mon - Th 8:30 AM - 5:00 PM; Fri 9:00 AM - 4:00 PM

If you have Medicare, Railroad Medicare, or Medicaid as your primary or secondary insurance, please send us the information - see reverse side

The CPT codes provided are based on American Medical Association guidelines and are for informational purposes only. CPT coding is the sole responsibility of the billing party. Please direct any questions regarding coding to the payer being billed.

Quest Diagnostics and its subsidiaries (Quest) complies with applicable Federal civil rights laws and does not discriminate on the basis of race, color, national origin, age, disability or sex.

▲ Please fold and tear along perforation and remit with payment in the envelope provided. ▲

**Quest Diagnostics**

Pay your bill online securely at:
QUESTDIAGNOSTICS.COM/BILL  or call 1-800-488-8890
Make checks payable to Quest Diagnostics.
Please include bill number on check.

Quest Diagnostics accepts most payment methods, including health savings accounts (HSA), debit, checking, and most major credit cards. Please visit QuestDiagnostics.com/Bill for more information.

☐ Please provide your new address information on the back.
Quest Diagnostics reserves the right to assign this receivable to any of its affiliates.

Lab Code: TAM

| Amount due immediately: | $250.99 |
|---|---|
| [illegible] | Bill Number: 3027797765 |

Patient Name: HARRY BEHR

Amount Enclosed:

If you received an explanation of benefits showing your responsibility is less than the amount shown on this bill, please pay the lesser amount. To fully resolve your bill, please provide a copy of your explanation of benefits.

MAIL PAYMENTS ONLY TO:

QUEST DIAGNOSTICS
P.O. BOX 740781
CINCINNATI, OH 45274-0781

01TAM5801302779776500025099062443421910135850000000



**Quest Diagnostics**

Do not use address below:
P.O. Box 7306
Hollister, MO 65673-7306

AB 01 112057 84985 B 288 A

TAM 61230067 4636766  3076361830 1
HARRY BEHR
12636 GRASS FARM RD
PALMETTO, FL 34221-9449

**Laboratory Bill**
For services not included in your physician's bill

Page 1 of 1

| Bill Date: | Amount Due: | Due Date: |
|---|---|---|
| Apr. 29, 2021 | $51.38 | UPON RECEIPT |
| Bill Number 3076361830 | Lab Code TAM | |

Patient Name: HARRY BEHR
Guarantor Name: HARRY BEHR
Service Date: March 04, 2021

Lab Results and Diagnosis Questions Must Be Answered By Your Physician.

**SECOND NOTICE**

# Payment for this bill is now past due.

Laboratory tests were requested by:
Referring Physician: DEMAIO, JAMES
Physician Address: 8010 POINTE WEST BLVD
BRADENTON, FL 34209

Most recent insurance claim filed to:
Insurance Name:
Insurance ID:
Group Number:

Payment for this invoice is now past due. Please make payment immediately or contact us to provide your insurance policy information if you have coverage for the date of service listed. Because payment was not received by the due date, we reserve the right to bill with any information we may have on file for you. Prompt payment is appreciated. Thank you for using our laboratory. Please submit payment immediately.

| Date | CPT Code* | Test Description | Charge | Adjustment | Insurance Paid | Patient Paid | Patient Responsibility | Reason |
|---|---|---|---|---|---|---|---|---|
| 03/04/21 | 82565 | CREATININE (BL) | $51.38 | | | | | |
| Tax ID: 38-2084239 | ICD Codes: 991,311A B99.8 A31.1 L03.115 | | $51.38 | $0.00 | $0.00 | $0.00 | $51.38 | |

Services Performed by: QUEST DIAGNOSTICS TAMPA TAMPA, FL
* The CPT codes provided are for information purposes only, and are based on AMA guidelines without regard to specific payer requirements

 Pay Online: QuestDiagnostics.com/Bill to pay your bill or provide updated insurance information.

 Pay by Phone: 1-800-486-8890
(24 hours a day/7 days a wk)

▲ Please fold and tear along perforation and remit with payment in the envelope provided. ▲



Pay your bill online securely at:
QUESTDIAGNOSTICS.COM/BILL   or call 1-800-488-8890

Make checks payable to Quest Diagnostics.
Please include bill number on check.

Quest Diagnostics accepts most payment methods, including health savings accounts (HSA), debit, checking, and most major credit cards. Please visit QuestDiagnostics.com/Bill for more information.

☐ Please provide your new address information on the back.
Quest Diagnostics reserves the right to assign this receivable to any of its affiliates.

Lab Code: TAM

| Amount due immediately: | $51.38 |
|---|---|
| Due Date: UPON RECEIPT | Bill Number: 3076361830 |

Patient Name: HARRY BEHR

Amount enclosed:

If you received an explanation of benefits showing your responsibility is less than the amount shown on this bill, please pay the lesser amount. To fully resolve your bill, please provide a copy of your explanation of benefits.

MAIL PAYMENTS ONLY TO:
QUEST DIAGNOSTICS
P.O. BOX 740781
CINCINNATI, OH 45274-0781

01TAM5801307638183000005138404292342191013589000003

Exhibit "C"

Page 1 of 1

# Quest Diagnostics

Do not use address below:
P.O. Box 7306
Hollister, MO 65673-7306

AB 01 076656 87113 B 199 E
TAM 6123086? 4802039 3099415405 0
HARRY BEHR
12636 GRASS FARM RD
PALMETTO, FL 34221-9448

## Laboratory Bill
For services not included in your physician's bill

| Bill Date: | Amount Due: | Due Date: |
|---|---|---|
| Mar. 23, 2021 | $51.38 | UPON RECEIPT |

| Bill Number | Lab Code |
|---|---|
| 3099415405 | TAM |

Patient Name: HARRY BEHR
Responsible Party: HARRY BEHR
Date of Service: March 11, 2021

### Lab Results and Diagnosis Questions Must Be Answered By Your Physician.

Customer Service
LOG ON NOW at www.QuestDiagnostics.com/bill to conveniently pay your invoice, provide updated insurance information, or take a patient survey.

Pay by Phone: 1-800-488-8890   (24 hours/7 days)
Questions:    1-800-488-8890
MON-TH 8:30AM-6:00PM;FRI 09:00 AM - 04:00 PM EST
Se Habla Espanol

### Most Recent Insurance Claim Filed To:

Referring Physician: DEMAIO,JAMES
Physician Address: 6010 POINTE WEST BLVD
BRADENTON, FL 34209

### Laboratory Tests Were Requested By:

Insurance Name:
Insurance ID:
Group Number:

Please have your bill available for reference.

This bill is for laboratory tests performed at the request of the referring physician. These charges are separate from your doctor's fees. If you have insurance coverage for the data or service listed, please contact us to provide your policy information. If payment is not received by the due date, we reserve the right to bill with any information we may have on file for you.

* The CPT codes provided are for information purposes only, and are based on AMA guidelines without regard to specific payer requirements
Services Performed by: QUEST DIAGNOSTICS TAMPA, FL
Tax ID: 36-2084239   ICD Codes: 991.311A B99.9 L03.416 A31.1

| Date | CPT Code* | Test Description | Charge | Adjustment | Insurance Paid | Patient Paid | Patient Responsibility | Reason |
|---|---|---|---|---|---|---|---|---|
| 03/11/21 | 82565 | CREATININE (BL) | $51.38 | | | | | |
| | | | $51.38 | $0.00 | $0.00 | $0.00 | $51.38 | |

▲ Please fold and tear along perforation and remit with payment in the envelope provided. ▲

Lab Code: TAM

| Amount Due: | Bill Number: 3099415405 |
|---|---|
| $51.38 | Due Date: UPON RECEIPT |

Patient Name: HARRY BEHR

Amount Enclosed: $

If you received an explanation of benefits showing your responsibility is less than the amount shown on this bill, please pay the lesser amount. To fully resolve your bill, please provide a copy of your explanation of benefits.

MAIL PAYMENTS ONLY TO:
QUEST DIAGNOSTICS
P.O. BOX 740781
CINCINNATI, OH 45274-0781




VISA   MasterCard   AMERICAN EXPRESS   DISCOVER NETWORK

Pay your bill online securely at
QUESTDIAGNOSTICS.COM/BILL or call 1-800-488-8890

Please make checks payable to QUEST DIAGNOSTICS.
Be sure to include bill number on your check.

☐ Check here if address has changed.
Please provide your new address information on the back.
Quest Diagnostics reserves the right to assign this receivable to any of its affiliates.

DLTAM5801309412540500052138403523a4521a7a1013589000009



**Quest Diagnostics**
Do not use address below:
P.O. Box 7306
Hollister, MO 65673-7306

AB 01 119586 36498 B 302 A
TAM 61230867 5007006 3104557194 0
HARRY BEHR
12636 GRASS FARM RD
PALMETTO, FL 34221-9449

**Laboratory Bill** — Page 1 of 1
For services not included in your physician's bill

| Bill Date: | Amount Due: | Due Date: |
|---|---|---|
| Mar. 24, 2021 | $199.61 | UPON RECEIPT |

Bill Number: 3104557194
Lab Code: TAM

Patient Name: HARRY BEHR
Responsible Party: HARRY BEHR
Date of Service: March 15, 2021

Lab Results and Diagnosis Questions Must Be Answered By Your Physician.

Customer Service
LOG ON NOW at www.QuestDiagnostics.com/bill to conveniently pay your invoice, provide updated insurance information, or take a patient survey.



Pay by Phone: 1-800-488-8890 (24 hours/7 days)
Questions: 1-800-488-8890
MON-TH 8:30AM-5:00PM;FRI 09:00 AM - 04:00 PM EST
Se Habla Espanol!



### Laboratory Tests Were Requested By:
Referring Physician: DEMAIO, JAMES
Physician Address: 6010 POINTE WEST BLVD
BRADENTON, FL 34209

### Most Recent Insurance Claim Filed To:
Insurance Name:
Insurance ID:
Group Number:

Please have your bill available for reference.

This bill is for laboratory tests performed at the request of the referring physician. These charges are separate from your doctor's fees. If you have insurance coverage for the date of service listed, please contact us to provide your policy information. If payment is not received by the due date, we reserve the right to bill with any information we may have on file for you.

| Date | CPT Code | Test Description | Charge | Adjustment | Insurance Paid | Patient Paid | Patient Responsibility | Reason |
|---|---|---|---|---|---|---|---|---|
| 03/15/21 | 85026 | CBC, PLT, DIFF | $45.50 | | | | | |
| 03/15/21 | 80150 | AMIKACIN | $154.11 | | | | | |

Tax ID: 38-2084239  ICD Codes: S91.311A B99.8 L03.115 A31.1  $199.61  $0.00  $0.00  $0.00  $199.61
Services Performed by: QUEST DIAGNOSTICS TAMPA TAMPA, FL
* The CPT codes provided are for information purposes only, and are based on AMA guidelines without regard to specific payer requirements

▲ Please fold and tear along perforation and remit with payment in the envelope provided. ▲



Pay your bill online securely at
QUESTDIAGNOSTICS.COM/BILL or call 1-800-488-8890

Lab Code: TAM

| Amount Due: | $199.61 |
|---|---|
| Due Date: UPON RECEIPT | Bill Number: 3104557194 |

Patient Name: HARRY BEHR

| Amount Enclosed: | $ |
|---|---|

If you received an explanation of benefits showing your responsibility is less than the amount shown on this bill, please pay the lesser amount. To fully resolve your bill, please provide a copy of your explanation of benefits.

 

Please make checks payable to QUEST DIAGNOSTICS.
Be sure to include bill number on your check.

☐ Check here if address has changed.
Please provide your new address information on the back.
Quest Diagnostics reserves the right to assign this receivable to any of its affiliates.

MAIL PAYMENTS ONLY TO:
QUEST DIAGNOSTICS
P.O. BOX 740781
CINCINNATI, OH 45274-0781

01TAM5801310455719400019961703241342191013589 0000000

**Quest Diagnostics**

Do not use address below:
P.O. Box 7306
Hollister, MO 65673-7306

AB 01 088654 49735 B 229 A

TAM 61230867 5225448 3136915265 0
HARRY BEHR
12536 GRASS FARM RD
PALMETTO, FL 34221-9449

**Laboratory Bill**
For services not included in your physician's bill

| Bill Date: | Amount Due: | Due Date: |
|---|---|---|
| Apr. 01, 2021 | $250.99 | UPON RECEIPT |

| Bill Number | Lab Code |
|---|---|
| 3136915265 | TAM |

Patient Name: HARRY BEHR
Responsible Party: HARRY BEHR
Date of Service: March 22, 2021

Lab Results and Diagnosis Questions Must Be Answered By Your Physician.


**Customer Service**
LOG ON NOW at www.QuestDiagnostics.com/bill to conveniently pay your invoice, provide updated insurance information, or take a patient survey.


Pay by Phone: 1-800-488-8890 (24 hours/7 days)
Questions: 1-800-488-8890
MON-TH 8:30AM-5:00PM;FRI 09:00 AM - 04:00 PM EST
Se Habla Espanol!

### Laboratory Tests Were Requested By

Referring Physician: DEMAIO, JAMES
Physician Address: 6010 POINTE WEST BLVD
BRADENTON, FL 34209

### Most Recent Insurance Claim Filed To:

Insurance Name:
Insurance ID:
Group Number:

*Please have your bill available for reference.*

This bill is for laboratory tests performed at the request of the referring physician. These charges are separate from your doctor's fees. If you have insurance coverage for the date of service listed, please contact us to provide your policy information. If payment is not received by the due date, we reserve the right to bill with any information we may have on file for you.

| Date | CPT Code* | Test Description | Charge | Adjustment | Insurance Paid | Patient Paid | Patient Responsibility | Reason |
|---|---|---|---|---|---|---|---|---|
| 03/22/21 | 82565 | CREATININE (BL) | $51.38 | | | | | |
| 03/22/21 | 85026 | CBC, PLT, DIFF | $45.50 | | | | | |
| 03/22/21 | 80150 | AMIKACIN | $154.11 | | | | | |

Tax ID: 38-2084239  ICD Codes: S91.311A B99.8 A31.1 L03.115 | | | $250.99 | $0.00 | $0.00 | $0.00 | $250.99 |

Services Performed by: QUEST DIAGNOSTICS TAMPA TAMPA, FL
* The CPT codes provided are for information purposes only, and are based on AMA guidelines without regard to specific payer requirements

▲ Please fold and tear along perforation and remit with payment in the envelope provided. ▲


**Quest Diagnostics**

Pay your bill online securely at
QUESTDIAGNOSTICS.COM/BILL or call 1-800-488-8890




Please make checks payable to QUEST DIAGNOSTICS.
Be sure to include bill number on your check.

☐ Check here if address has changed.
Please provide your new address information on the back.
Quest Diagnostics reserves the right to assign this receivable to any of its affiliates.

Lab Code: TAM

| Amount Due: | $250.99 |
|---|---|
| Due Date: UPON RECEIPT | Bill Number: 3136915265 |

Patient Name: HARRY BEHR

| Amount Enclosed: | $ |

If you received an explanation of benefits showing your responsibility is less than the amount shown on this bill, please pay the lesser amount. To fully resolve your bill, please provide a copy of your explanation of benefits.

MAIL PAYMENTS ONLY TO:

QUEST DIAGNOSTICS
P.O. BOX 740781
CINCINNATI, OH 45274-0781

01TAM580131369152650002509990401134219101358900000002



# CREDIT COLLECTION SERVICES

725 Canton Street, Norwood, MA 02062
Self-service: www.ccspayment.com
Monday - Friday: 8:00AM-8:00PM, Saturday: 9:00AM-5:30PM, ET

**CALL CENTER: (617) 581-1083**

Date: 08/18/21
File Number: 08 0881 27243
Pin Number: 64680
3099415405
BILL DATE: 03/11/2021

Test(s) ordered by:
DEMAIO, JAMES

56809 1 AB 0.425 T 146
HARRY BEHR
12536 GRASS FARM RD
PALMETTO FL 34221-9449

| CREDITOR: | AMOUNT OF THE DEBT: |
|---|---|
| QUEST DIAGNOSTICS INCORPORATED | $51.38 |

The above referenced creditor has placed your account with this office for collection. We look forward to working with you to resolve this matter. Thank you.

**Federal Law:** Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt, or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt, or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor. This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.



**SELF-SERVICE WEBSITE:** You can activate email messaging, upload correspondence, request telephone calls to stop, pay by check, Visa, MasterCard, Discover, arrange a payment plan, and more at our secure website: www.ccspayment.com.



**CALL CENTER:** You can receive personal attention from a Customer Service Agent during the hours referenced at the top of this notice: (617) 581-1083.



**MAIL PAYMENT:** You can mail your check together with the payment stub portion of this notice. You can make your check payable to: QUEST DIAGNOSTICS INCORPORATED.



**MAIL OR FAX CORRESPONDENCE:** You can mail correspondence to: CCS P.O. Box 337, Norwood, MA 02062-0337 or fax to: (617) 658-5714. You can include a copy of this notice to avoid processing delays.

8093-FL

---

| File Number: 08 0881 27243 | AMOUNT OF THE DEBT: |
|---|---|
| Pin Number: 64680 | $51.38 |
| HARRY BEHR | |

Do not mail post-dated checks. You can call (617) 581-1083 for personal attention. CCS may process payment as a one-time electronic funds withdrawal using information from your check.

## Go Green

We offer secure email messaging, as well as the ability to pay or send correspondence online. It's quick, easy, and helps protect the environment. Please consider visiting our self-service website at: www.ccspayment.com.

CCS
PAYMENT PROCESSING CENTER
P.O. BOX 55126
BOSTON, MA 02205-5126

8988800930881272430000513B0

# CREDIT COLLECTION SERVICES

**CCS USA** — ESTABLISHED 1969

725 Canton Street, Norwood, MA 02062
Self-service: www.ccspayment.com
Monday - Friday: 8:00AM-8:00PM, Saturday: 9:00AM-5:30PM, ET

**CALL CENTER: (617) 581-1083**

Date: 07/28/21
File Number: 08 0876 20259
Pin Number: 69627
3027797765
BILL DATE: 03/01/2021

57631 1 AB 0.425 T 148
HARRY BEHR
12536 GRASS FARM RD
PALMETTO FL 34221-9449

Test(s) ordered by:
DEMAIO, JAMES

| CREDITOR: | AMOUNT OF THE DEBT: |
|---|---|
| QUEST DIAGNOSTICS INCORPORATED | $250.99 |

The above referenced creditor has placed your account with this office for collection. We look forward to working with you to resolve this matter. Thank you.

**Federal Law:** Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt, or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt, or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor. This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.



**SELF-SERVICE WEBSITE:** You can activate email messaging, upload correspondence, request telephone calls to stop, pay by check, Visa, MasterCard, Discover, arrange a payment plan, and more at our secure website: www.ccspayment.com.



**CALL CENTER:** You can receive personal attention from a Customer Service Agent during the hours referenced at the top of this notice: (617) 581-1083.



**MAIL PAYMENT:** You can mail your check together with the payment stub portion of this notice. You can make your check payable to: QUEST DIAGNOSTICS INCORPORATED.



**MAIL OR FAX CORRESPONDENCE:** You can mail correspondence to: CCS P.O. Box 337, Norwood, MA 02062-0337 or fax to: (617) 658-5714. You can include a copy of this notice to avoid processing delays.

0093-FL

---

| File Number: 08 0876 20259 Pin Number: 69627 HARRY BEHR | AMOUNT OF THE DEBT: $250.99 |
|---|---|

## Go Green

We offer secure email messaging, as well as the ability to pay or send correspondence online. It's quick, easy, and helps protect the environment. Please consider visiting our self-service website at: www.ccspayment.com.

Do not mail post-dated checks. You can call (617) 581-1083 for personal attention. CCS may process payment as a one-time electronic funds withdrawal using information from your check.

CCS
PAYMENT PROCESSING CENTER
P.O. BOX 55126
BOSTON, MA 02205-5126

8988800930876202590002509910

# CREDIT COLLECTION SERVICES

725 Canton Street, Norwood, MA 02062
Self-service: www.ccspayment.com
Monday - Friday: 8:00AM-8:00PM, Saturday: 9:00AM-5:30PM, ET

**CALL CENTER: (617) 581-1083**

Date: 08/18/21
File Number: 08 0881 27250
Pin Number: 64629
3104557194
BILL DATE: 03/15/2021

56810 1 AB 0.425 T 146
HARRY BEHR
12536 GRASS FARM RD
PALMETTO, FL 34221-9449

Test(s) ordered by:
DEMAIO, JAMES

| CREDITOR: | AMOUNT OF THE DEBT: |
|---|---|
| QUEST DIAGNOSTICS INCORPORATED | $199.61 |

The above referenced creditor has placed your account with this office for collection. We look forward to working with you to resolve this matter. Thank you.

**Federal Law:** Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt, or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt, or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor. This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.



**SELF-SERVICE WEBSITE:** You can activate email messaging, upload correspondence, request telephone calls to stop, pay by check, Visa, MasterCard, Discover, arrange a payment plan, and more at our secure website: www.ccspayment.com.



**CALL CENTER:** You can receive personal attention from a Customer Service Agent during the hours referenced at the top of this notice: (617) 581-1083.



**MAIL PAYMENT:** You can mail your check together with the payment stub portion of this notice. You can make your check payable to: QUEST DIAGNOSTICS INCORPORATED.



**MAIL OR FAX CORRESPONDENCE:** You can mail correspondence to: CCS P.O. Box 337, Norwood, MA 02062-0337 or fax to: (617) 658-5714. You can include a copy of this notice to avoid processing delays.

0093-FL

---

File Number: 08 0881 27250
Pin Number: 64629
HARRY BEHR

AMOUNT OF THE DEBT:
$199.61

Do not mail post-dated checks. You can call (617) 581-1083 for personal attention. CCS may process payment as a one-time electronic funds withdrawal using information from your check.

## Go Green

We offer secure email messaging, as well as the ability to pay or send correspondence online. It's quick, easy, and helps protect the environment. Please consider visiting our self-service website at: www.ccspayment.com.

CCS
PAYMENT PROCESSING CENTER
P.O. BOX 55126
BOSTON, MA 02205-5126

8988800930881272500001996114

# CREDIT COLLECTION SERVICES

CCS USA ESTABLISHED 1969

725 Canton Street, Norwood, MA 02062
Self-service: www.ccspayment.com
Monday - Friday: 8:00AM-8:00PM, Saturday: 9:00AM-5:30PM, ET

**CALL CENTER: (617) 581-1083**

Date: 07/28/21
File Number: 08 0876 20222
Pin Number: 69666
3017530782
BILL DATE: 02/23/2021

57630 1 AB 0.425 T 148
HARRY BEHR
D120915
00-CCS2WAS1E-1  12536 GRASS FARM RD
0093  PALMETTO FL 34221-9449

Test(s) ordered by:
DEMAIO, JAMES

| CREDITOR: | AMOUNT OF THE DEBT: |
|---|---|
| QUEST DIAGNOSTICS INCORPORATED | $51.38 |

The above referenced creditor has placed your account with this office for collection. We look forward to working with you to resolve this matter. Thank you.

**Federal Law:** Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt, or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt, or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor. This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.



**SELF-SERVICE WEBSITE:** You can activate email messaging, upload correspondence, request telephone calls to stop, pay by check, Visa, MasterCard, Discover, arrange a payment plan, and more at our secure website: www.ccspayment.com.



**CALL CENTER:** You can receive personal attention from a Customer Service Agent during the hours referenced at the top of this notice: (617) 581-1083.



**MAIL PAYMENT:** You can mail your check together with the payment stub portion of this notice. You can make your check payable to: QUEST DIAGNOSTICS INCORPORATED.



**MAIL OR FAX CORRESPONDENCE:** You can mail correspondence to: CCS P.O. Box 337, Norwood, MA 02062-0337 or fax to: (617) 658-5714. You can include a copy of this notice to avoid processing delays.

0093-FL

---

File Number: 08 0876 20222
Pin Number: 69666
HARRY BEHR

## Go Green

We offer secure email messaging, as well as the ability to pay or send correspondence online. It's quick, easy, and helps protect the environment. Please consider visiting our self-service website at: www.ccspayment.com.

AMOUNT OF THE DEBT:
$51.38

Do not mail post-dated checks. You can call (617) 581-1083 for personal attention. CCS may process payment as a one-time electronic funds withdrawal using information from your check.

CCS
PAYMENT PROCESSING CENTER
P.O. BOX 55126
BOSTON, MA 02205-5126

8988600930876202220000513488